UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SNOOZETOWN, LLC doing business as SNOOZE AN A.M. EATERY also known as SNOOZE DEL MAR; DEL MAR HIGHLANDS TOWN CENTER ASSOCIATES II, LLC; and DOES 1-10, Inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:18-cv-00498-H-JLB<br><br>**ORDER:**<br><br>**(1) DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>**[Doc. No. 7]**<br><br>**(2) VACATING MOTION HEARING DATE** |

On March 7, 2018, Plaintiff Jaime Reyes ("Plaintiff"), represented by counsel, filed a complaint against Defendant Snoozetown, LLC doing business as Snooze an A.M. Eatery also known as Snooze Del Mar, and Defendant Del Mar Highlands Town Center Associates II, LLC (collectively, "Defendants"), alleging violations of the Americans with Disabilities Act and California state law. (Doc. No. 1.) Plaintiff also filed a motion for leave to proceed in forma pauperis, which the Court granted on March 12, 2018. (Doc. Nos. 2, 4.)

On May 3, 2018, Defendants filed a motion to dismiss, which is set for a hearing on June 11, 2018. (Doc. No. 7.) Rather than oppose Defendants' motion, Plaintiff filed an amended Complaint on May 16, 2018. (Doc. No. 7.) See Fed. R. Civ. P. 15(a)(1)(B) (permitting plaintiffs to file an amended complaint as a matter of right within "21 days after the service of a motion under Rule 12(b)").

Because Plaintiff's Amended Complaint supersedes his original complaint, the Court **DENIES AS MOOT** Defendants' motion to dismiss the original complaint. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015). The Court directs the Clerk to **VACATE** the hearing on Defendants' motion, currently scheduled for June 11, 2018. Defendants shall file any response to the Amended Complaint on or before **May 30, 2018**. See Fed. R. Civ. P. 15(a)(3).

**IT IS SO ORDERED.**

DATED: May 17, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT