Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff JAIME REYES

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>                    Plaintiff,<br><br>vs.<br><br>SNOOZETOWN LLC dba SNOOZE AN A.M. EATERY also known as SNOOZE DEL MAR, DEL MAR HIGHLANDS TOWN CENTER ASSOCIATES II LLC., AND DOES 1-10, INCLUSIVE.<br><br>                    Defendants. | Case No. 3:18-CV-00498-H-JLB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(1) (A) (I).** |

PLEASE TAKE NOTICE that:

Plaintiff, DWIGHT BANKS, through his attorney, Michael A. Taibi, Esq., hereby dismisses with prejudice, the entire complaint against all defendants.

The dismissal is made pursuant to F.R. Civ. P. 41(1)(A)(i)

1

1
2
3
4  Dated: August 8, 2018          /s/ Michael a. Taibi, Esq.
5                                 MICHAEL A. TAIBI, ESQ
                                  Attorney for Plaintiff
6                                 JAIME REYES
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25